**Order entered April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00910-CR

**ANGEL RICARDO RAZO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-60370-L**

## ORDER

We **ORDER** the Dallas County District Clerk to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d) ("the record must include the trial court's certification of the defendant's right to appeal under Rule 25.2(a)(2).").

/s/     LANA MYERS
JUSTICE